No. 76–564.   MARKHAM v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 76–566.   IACONETTI v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 76–569.   NEW YORK SHIPPING ASSN., INC. v. NATIONAL LABOR RELATIONS BOARD ET AL.; and
No. 76–570.   INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO v. NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 76–581.   RUSS ET AL. v. RATLIFF ET AL.   C. A. 8th Cir. Certiorari denied.

No. 76–596.   TRANSAMERICAN PRESS, INC., DBA OVERDRIVE v. APPLEYARD.   C. A. 4th Cir.   Certiorari denied.

No. 76–598.   SPARKMAN v. CARTER ET AL.   Sup. Ct. Fla. Certiorari denied.

No. 76–608.   RELIANCE INSURANCE Co. v. DEBOER CONSTRUCTION, INC., ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 76–609.   STEBBINS v. WEAVER ET AL.   C. A. 7th Cir. Certiorari denied.

No. 76–610.   RYAN ET AL. v. AURORA CITY BOARD OF EDUCATION ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 76–622.   JOHNSON BRONZE Co. v. OSTAPOWICZ.   C. A. 3d Cir.   Certiorari denied.

No. 76–628.   TEXAS PETROLEUM Co. v. COMPANIA PELINEON DE NAVEGACION, S. A.   C. A. 2d Cir.   Certiorari denied.